Roop et al. *v.* Gibney et al., Appellants.

Before KENT, J.

Argued September 11, 1974. *John S. Halsted* and *Harold B. Marcus,* with them *Gawthrop & Greenwood,* and *Sherr, Silverman, Warden, Moses & Marcus,* for appellants; *Arthur Inden,* with him *Young, Conaway, Stargatt & Taylor,* and *Dale A. Betty* and *Kassab, Cherry and Archbold,* for appellees.

Judgment affirmed.